UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.R. PETTWAY,

    Plaintiff,

v.

                                 CASE NO: 19-CV-11201

JERRY BUSH, ET AL.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate Patricia T. Morris pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1. In her report filed on December 6, 2019, the magistrate judge recommended that this court deny Plaintiff's [Dkt #23] "Emergency Motion for Temporary Restraining Order and a Preliminary Injunction."

No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

The court ADOPTS the Report and Recommendation for purposes of this Order.

Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's "Emergency Motion for Temporary Restraining Order and a Preliminary Injunction" [Dkt# 23] is **DENIED.**

                                   S/Robert H. Cleland
                                   ROBERT H. CLELAND
                                   UNITED STATES DISTRICT JUDGE

Dated: January 6, 2020

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 6, 2020, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

.